MANAGER
BUSINESS MAIL ENTRY


**UNITED STATES**
**POSTAL SERVICE**

Certified Mail No. Z 275 347 452

June 1, 1998

Mr. Barry Reese, President
Reese Brothers Inc
925 Penn Ave
Pittsburgh PA 15222-3806

Dear Mr. Reese:

From January 1, 1993 to the present time you have been entering nonprofit Standard A mailings at the BMEU Pittsburgh, PA Post Office. A joint review of these mailings has been conducted by the Revenue Assurance Analyst and the Postal Inspection Service to determine if they meet the eligibility requirements for the nonprofit rates.

A determination was made, as indicated in the enclosed "Preliminary Investigative Summary Report", that certain nonprofit mailings presented by Reese Brothers, Inc. were ineligible for the nonprofit rates claimed. The revenue deficiency for ineligible mailings entered at the nonprofit rates from January 1, 1993 through December 31, 1997 is $3,223,580.99 which is the difference between the nonprofit rate claimed and the regular rate for Standard A postage.

Please submit a check, made payable to "Postmaster Pittsburgh" in the amount of $3,223,580.99 and return to me in the enclosed envelope.

You have the right to appeal this assessed revenue deficiency. This right is afforded to you under DMM PO11.4.2. A written appeal must be filed within thirty days by submitting a letter to me stating you disagree with this assessment and including relative facts and/or documentation to support your position. I will forward all information to the Manager, RCSC in Northern VA for their decision.

If you decide not to appeal, I need to receive your payment no later than Monday, July 6, 1998.

You must immediately discontinue mailing at the nonprofit Standard A rate, or give us an opportunity to review your contracts with the nonprofit permit holders to determine that each contract meets the eligibility requirement for this rate. Until that time, Standard A mailings entered by you will be charged the regular rate. If you would like assistance in determining eligibility factors to qualify for nonprofit rates, please contact me at 412-359-1468.

After a review is performed on the mailings entered from January 1, 1998 to the present time, you will be notified of the revenue deficiency which is due for these mailings.

Sincerely,

Thelma L. Arneson

Thelma L. Arneson
Manager, Business Mail Entry

1001 CALIFORNIA AVE RM 2049
PITTSBURGH PA 15290-9651
412-359-1468
FAX: 412-321-1953

UNITED STATES POSTAL INSPECTION SERVICE
PITTSBURGH DIVISION HEADQUARTERS
WESTERN ALLEGHENY DIVISION

May 28, 1998

CASE NO. 384-1233408-RI(1)

RE: Ineligible Cooperative Nonprofit Standard (A) Mailings Presented by Reese Brothers, Inc. at Pittsburgh, PA

PRELIMINARY INVESTIGATIVE SUMMARY REPORT

A joint review was conducted by the Revenue Assurance Analyst and the Postal Inspection Service of nonprofit Standard (A) mailings presented by Reese Brothers, Inc. at Pittsburgh, PA.

The objectives of this joint review were to determine if nonprofit Standard (A) mailings presented by Reese Brothers, Inc. were eligible to be mailed at the nonprofit rates. The objectives were accomplished by:

- Reviewing PS Forms 3602, "Statement of Mailing" for mailings presented by Reese Brothers, Inc.
- Reviewing actual contracts made between Reese Brothers, Inc. and certain nonprofit organizations.
- Reviewing rules, regulations and customer support rulings governing cooperative nonprofit mailings.

The scope of the review included mailing records and contracts made between Reese Brothers, Inc. and certain nonprofit organizations from 1993 through the present.

Our review disclosed that nonprofit Standard (A) mailings presented by Reese Brothers, Inc. for certain nonprofit organizations were indicative of ineligible cooperative mailings. That is, there appears a relationship exists between Reese Brothers, Inc. and certain nonprofit organizations that would make nonprofit mailings presented by Reese Brothers, Inc. ineligible for the nonprofit rates claimed.

## BACKGROUND

Reese Brothers, Inc. is a telemarketer who solicits contributions for certain charitable organizations from its headquarters at 925 Penn Avenue, Pittsburgh, PA as well as other locations throughout the country. Pledge notices or additional information is sent by Reese Brothers, Inc. through the mail to individuals who have responded as interested in the charities' causes. Some of the initial notices are mailed via First-Class Mail. Most of the follow-up notices are sent using the nonprofit Standard (A) rates for entities authorized to use those rates. Inducements such as growth charts, pamphlets or other items may be included at these rates with the intent of enticing people to send their pledged amount or increase it.

Contracts were obtained from Reese Brothers, Inc., and the nonprofit organizations for the period of 1993 through the present. A review of these contracts determined that a relationship exists between Reese Brothers, Inc. and certain nonprofit organizations that is indicative of the relationship found in ineligible cooperative nonprofit Standard (A) mailings. Specifically:

- The common characteristic within the contracts is the fact that there is "no risk" to the nonprofit organization should the fundraising campaign fail to generate sufficient revenues. Customer Support Ruling PS-233 (updated October 1996) (Exhibit 1) states, "the nonprofit organization should be at risk of loss of profit should the event be cancelled or fail to generate revenue."
- Some contracts guarantee fixed payments to the organization. Some contracts split the revenues based on a predetermined percentage.
- Other contracts contain a statement that if a fundraising campaign fails to generate sufficient revenue, then the expenses will be the sole responsibility of Reese Brothers, Inc.

Other items which are contained, to varying degrees, within contracts and would also indicate the cooperative nature of the mailings include:

- Statements that Reese Brothers, Inc. will pay the costs, including postage, associated with the mailings.
- Statements that should there be a disagreement between the parties regarding contents of the materials used, the parties will "cooperate forthwith" to reach resolution and the nonprofit organization cannot be unreasonable in withholding approval.
- Statements directing that accounting for revenues relative to the fundraisers be done within guidelines set forth by the AICPA in accounting for "joint activities."
- The use of a "caging" facility (typically an independent third party used to handle the receipt of funds) to handle the pledges received. The fact that a third party mutually agreed upon caging facility is required in some contracts indicates that Reese Brothers has a vested interest in the revenues generated.

The following chart shows mailings presented by Reese Brothers, Inc. for the period January 1, 1993 through December 31, 1997 for certain nonprofit organizations. The revenue deficiency is calculated based on the Standard (A) regular rates.

2

| ORGANIZATION | POSTAGE CLAIMED | RECALC POSTAGE | REVENUE DEFICIENCY | EXHIBIT NUMBER |
|---|---|---|---|---|
| ALZEIMER'S (NAT'L FNDTN FOR MED. RES.) | 158,219.41 | 290,722.36 | 132,502.95 | 2 |
| AMERICAN CANCER SOCIETY | 92,187.84 | 176,729.10 | 84,541.26 | 3 |
| AMERICAN RED CROSS | 16,776.85 | 31,702.32 | 14,925.47 | 4 |
| ANGEL PLANES (THE) | 95,213.71 | 178,254.05 | 83,040.34 | 5 |
| ATLANTA UNION MISSION | 12,810.25 | 24,022.93 | 11,212.68 | 6 |
| CHILDREN'S WISH FOUNDATION | 454,827.10 | 853,333.21 | 398,506.12 | 7 |
| CHRIST APPALACHIAN PROJECT | 3,928.30 | 6,886.44 | 2,958.14 | 8 |
| CURE | 320.03 | 566.61 | 246.58 | 9 |
| DIABETES TRUST FUND | 1,562.05 | 2,737.55 | 1,175.50 | 10 |
| GOOD SAMARITAN (SPIRITUAL GIFT MINISTRIES) | 7,635.53 | 14,884.33 | 7,248.80 | 11 |
| NATIONAL COALITION FOR HOMELESS VETS | 51,620.91 | 97,592.47 | 45,971.56 | 12 |
| JUST SAY NO INTERNATIONAL | 356,765.08 | 624,390.12 | 267,625.04 | 13 |
| KIDSPEACE | 94,619.77 | 170,402.23 | 75,782.46 | 14 |
| MARIANIST MISSION | 17,501.60 | 31,924.63 | 14,423.03 | 15 |
| MARYKNOLL FATHERS & BROTHERS | 11,967.38 | 23,292.70 | 11,325.32 | 16 |
| MOTHERS AGAINST DRUNK DRIVING (MADD) | 1,224,766.88 | 2,190,999.63 | 966,232.75 | 17 |
| MIDWEST (SUBCONTRACT WORK) | 64,038.05 | 119,997.99 | 55,959.94 | 18 |
| MISCELLANEOUS | 18,471.85 | 32,219.57 | 13,747.72 | 19 |
| MULTIPLE SCLEROSIS ASSOCIATION | 339,023.41 | 636,917.67 | 297,894.26 | 20 |
| NOVA SOUTHEASTERN UNIVERSITY | 468.23 | 871.77 | 403.54 | 21 |
| OLIVE BRANCH MISSION | 190.34 | 346.91 | 156.57 | 22 |
| PEOPLE AGAINST CHILD ABUSE (PACA) | 401,897.32 | 689,811.86 | 287,914.54 | 23 |
| PRIESTS OF SACRED HEART | 24,600.80 | 47,057.72 | 22,456.92 | 24 |
| SALVATION ARMY (THE) | 97,956.63 | 177,476.83 | 79,520.20 | 25 |
| STUDENTS AGAINST DRIVING DRUNK (SADD) | 223,024.10 | 426,741.50 | 203,717.40 | 26 |
| ST JOSEPH INDIAN SCHOOL | 4,455.16 | 8,236.60 | 3,781.44 | 27 |
| TOYS FOR TOTS | 623.60 | 1,112.36 | 488.76 | 28 |
| UNIDENTIFIED MISC* | 46,868.82 | 84,839.34 | 37,970.52 | 29 |
| VANISHED CHILDREN ALLIANCE | 108,115.40 | 205,825.93 | 97,710.53 | 30 |
| VETERANS OF FOREIGN WARS (VFW) | 1,590.04 | 3,099.01 | 1,508.97 | 31 |
| VIETNAM VETERANS MEMORIAL FUND | 187.48 | 334.42 | 146.94 | 32 |
| YWCA | 2,566.14 | 5,050.89 | 2,484.75 | 33 |
| TOTALS | 3,934,800.06 | 7,158,381.05 | 3,223,580.99 | |

* Nonprofit mailings unidentified due to improperly prepared postage statements.

The revenue deficiency for the period of January 1, 1993 through December 31, 1997 is $3,223,580.99.[1]

---

[1] $843.20 included in miscellaneous entry is result of mailing entered for Trustmark, Inc. which is not an authorized nonprofit organization.

Attached as Exhibits 34 through 63 are copies of contracts made between Reese Brothers, Inc. and certain nonprofit organizations for the time period of January 1, 1993 through December 31, 1997.

The revenue deficiency for the time period of January 1, 1998 to the time in which Reese Brothers ceases this practice will be calculated and submitted in a supplemental Inspection Service Report.

F. D. Klodowski
Revenue Assurance Analyst

B. W. Wagenhofer
Postal Inspector

### EXHIBITS

1. Copy of Customer Support Ruling PS-233 "Fundraising Mailngs – Nonprofit Standard Mail Rates."
2. Copy of computer spreadsheet for Alzeimer's (NFMR) revenue deficiency.
3. Copy of computer spreadsheet for American Cancer Society revenue deficiency.
4. Copy of computer spreadsheet for American Red Cross revenue deficiency.
5. Copy of computer spreadsheet for The Angel Planes revenue deficiency.
6. Copy of computer spreadsheet for Atlanta Union Mission revenue deficiency.
7. Copy of computer spreadsheet for Children's Wish Foundation revenue deficiency.
8. Copy of computer spreadsheet for Christ Appalachian Project revenue deficiency.
9. Copy of computer spreadsheet for Cure revenue deficiency.
10. Copy of computer spreadsheet for Diabetes Trust Fund revenue deficiency.
11. Copy of computer spreadsheet for Good Samaritan (Spiritual Gift Ministries) revenue deficiency.
12. Copy of computer spreadsheet for National Coalition for Homeless Vets revenue deficiency.
13. Copy of computer spreadsheet for Just Say No International revenue deficiency.
14. Copy of computer spreadsheet for Kidspeace revenue deficiency.
15. Copy of computer spreadsheet for Marianist Mission revenue deficiency.
16. Copy of computer spreadsheet for Maryknoll Fathers & Brothers revenue deficiency.
17. Copy of computer spreadsheet for Mothers Against Drunk Driving revenue deficiency.
18. Copy of computer spreadsheet for Midwest revenue deficiency.
19. Copy of computer spreadsheet for Miscellaneous revenue deficiency.
20. Copy of computer spreadsheet for Multiple Sclerosis Association revenue deficiency.
21. Copy of computer spreadsheet for Nova Southeastern University revenue deficiency.
22. Copy of computer spreadsheet for Olive Branch Mission revenue deficiency.
23. Copy of computer spreadsheet for PACA revenue deficiency.
24. Copy of computer spreadsheet for Priests of Sacred Heart revenue deficiency.
25. Copy of computer spreadsheet for The Salvation Army revenue deficiency.

26. Copy of computer spreadsheet for Students Against Driving Drunk revenue deficiency.
27. Copy of computer spreadsheet for St. Joseph Indian School revenue deficiency.
28. Copy of computer spreadsheet for Toys For Tots revenue deficiency.
29. Copy of computer spreadsheet for Unidentified Misc revenue deficiency.
30. Copy of computer spreadsheet for Vanished Children Alliance revenue deficiency.
31. Copy of computer spreadsheet for Veterans of Foreign War revenue deficiency.
32. Copy of computer spreadsheet for Vietnam Veterans Memorial Fund revenue deficiency.
33. Copy of computer spreadsheet for YMCA revenue deficiency.
34. Copy of the contract between Reese Brothers, Inc. and Alzeimer's (NFMR).
35. Copy of the contract between Reese Brothers, Inc. and American Cancer Society.
36. Copy of the contract between Reese Brothers, Inc. and American Red Cross.
37. Copy of the contract between Reese Brothers, Inc. and The Angel Planes.
38. Copy of the contract between Reese Brothers, Inc. and Atlanta Union Mission.
39. Copy of the contract between Reese Brothers, Inc. and Children's Wish Foundation.
40. Copy of the contract between Reese Brothers, Inc. and Christ Appalachian Project.
41. Copy of the contract between Reese Brothers, Inc. and Cure.
42. Copy of the contract between Reese Brothers, Inc. and Diabetes Trust Fund.
43. Copy of the contract between Reese Brothers, Inc. and Good Samaritan (Spiritual Gift Ministries).
44. Copy of the contract between Reese Brothers, Inc. and National Coalition for Homeless Vets.
45. Copy of the contract between Reese Brothers, Inc. and Just Say No International.
46. Copy of the contract between Reese Brothers, Inc. and Kidspeace.
47. Copy of the contract between Reese Brothers, Inc. and Marianist Mission.
48. Copy of the contract between Reese Brothers, Inc. and Maryknoll Fathers & Brothers.
49. Copy of the contract between Reese Brothers, Inc. and Mothers Against Drunk Driving.
50. Copy of the contract between Reese Brothers, Inc. and miscellaneous organizations.
51. Copy of the contract between Reese Brothers, Inc. and Multiple Sclerosis Association.
52. Copy of the contract between Reese Brothers, Inc. and Nova Southeastern University.
53. Copy of the contract between Reese Brothers, Inc. and Olive Branch Mission.
54. Copy of the contract between Reese Brothers, Inc. and PACA.
55. Copy of the contract between Reese Brothers, Inc. and Priests of Sacred Heart.
56. Copy of the contract between Reese Brothers, Inc. and The Salvation Army.
57. Copy of the contract between Reese Brothers, Inc. and Students Against Driving Drunk.
58. Copy of the contract between Reese Brothers, Inc. and St. Joseph Indian School.
59. Copy of the contract between Reese Brothers, Inc. and Toys For Tots.
60. Copy of the contract between Reese Brothers, Inc. and Vanished Children Alliance.
61. Copy of the contract between Reese Brothers, Inc. and Veterans of Foreign War.
62. Copy of the contract between Reese Brothers, Inc. and Vietnam Veterans Memorial Fund.
63. Copy of the contract between Reese Brothers, Inc. and YWCA.