MANAGER
BUSINESS MAIL ENTRY


**UNITED STATES POSTAL SERVICE**

Certified Mail No Z 469 696 310

August 20, 1998

Mr. Barry Reese, President
Reese Brothers Inc
925 Penn Ave
Pittsburgh PA 15222-3806

Dear Mr. Reese:

On June 1, 1998 a letter was mailed to you informing you a review had been performed by the Postal Inspectors and the Revenue Assurance Analyst on the nonprofit mailings entered by you from January 1, 1993 until January 1, 1998.

You were also informed that the nonprofit mailings you entered between January 1, 1998 and June 1, 1998 would be reviewed and you would be notified of the revenue deficiency. This review has been completed and the revenue deficiency for these mailings is $376,487.24 which is the difference between the nonprofit rate claimed and the regular rate for Standard A postage. The enclosed "Preliminary Investigative Summary Report" identifies the mailings which did not qualify for the nonprofit rates.

Please submit a check, made payable to "Postmaster Pittsburgh" in the amount of $376,487.24, and return to me in the enclosed envelope.

You have the right to appeal this assessed revenue deficiency. This right is afforded to you under DMM PO11.4.2. A written appeal must be filed within thirty days. If you wish to file an appeal, submit a letter to me stating you disagree with this assessment and include relative facts and/or documentation to support your position. I will forward the information to the RCSC in Northern VA. The Manager, RCSC will notify you of their decision and copy this information to me also.

If you decide not to appeal, I need to receive your payment no later than September 20, 1998.

If you have any questions, please contact me at (412) 359-1468.

Sincerely,

*Thelma L. Arneson*

Thelma L. Arneson
Manager, Business Mail Entry

1001 CALIFORNIA AVE RM 2049
PITTSBURGH PA 15290-9651
412-359-1468
FAX: 412-321-1953



UNITED STATES POSTAL INSPECTION SERVICE
PITTSBURGH DIVISION HEADQUARTERS
WESTERN ALLEGHENY DIVISION

July 31, 1998

CASE NO. 384-1233408-RI(1)

RE:  Ineligible Cooperative Nonprofit Standard (A) Mailings Presented by Reese Brothers, Inc. at Pittsburgh, PA

SUPPLEMENTAL INVESTIGATIVE SUMMARY REPORT

As previously stated in the Preliminary Investigative Summary Report dated May 28, 1998, a joint review was conducted by the Revenue Assurance Analyst and the Postal Inspection Service of nonprofit Standard (A) mailings presented by Reese Brothers, Inc. at Pittsburgh, PA.

The objectives of this joint review were to determine if nonprofit Standard (A) mailings presented by Reese Brothers, Inc. were eligible to be mailed at the nonprofit rates. The objectives were accomplished by:

- Reviewing PS Forms 3602, "Statement of Mailing" for mailings presented by Reese Brothers, Inc.
- Reviewing actual contracts made between Reese Brothers, Inc. and certain nonprofit organizations.
- Reviewing rules, regulations and customer support rulings governing cooperative nonprofit mailings.

The scope of the review included mailing records and contracts made between Reese Brothers, Inc. and certain nonprofit organizations from 1993 through the present.

Our review disclosed that nonprofit Standard (A) mailings presented by Reese Brothers, Inc. for certain nonprofit organizations were indicative of ineligible cooperative mailings. That is, there appears a relationship exists between Reese Brothers, Inc. and certain nonprofit organizations that would make nonprofit mailings presented by Reese Brothers, Inc. ineligible for the nonprofit rates claimed.

The following chart shows mailings presented by Reese Brothers for certain nonprofit organizations. The revenue deficiency is calculated based on Standard (A) regular rates.

1001 California Avenue, Pittsburgh, PA 15290-9000 Telephone: 412-359-7900, FAX: 412-359-7682

| ORGANIZATION | POSTAGE CLAIMED | RECALC POSTAGE | REVENUE DEFICIENCY | EXHIBIT NUMBER |
|---|---|---|---|---|
| ALZEIMER'S (NAT'L FNDTN FOR MED. RES.) | 28,723.71 | 51,703.33 | 22,979.62 | 1 |
| AMERICAN CANCER SOCIETY | 10,740.90 | 19,640.35 | 8,899.45 | 2 |
| AMERICAN RED CROSS | 223.54 | 401.08 | 177.54 | 3 |
| ANGEL PLANES (THE) | 28,215.56 | 50,805.94 | 22,590.39 | 4 |
| CHILDREN'S WISH FOUNDATION | 191,668.73 | 344,811.96 | 153,143.23 | 5 |
| JUST SAY NO INTERNATIONAL | 29,109.32 | 51,438.53 | 22,329.22 | 6 |
| KIDSPEACE | 1,726.95 | 3,157.36 | 1,430.40 | 7 |
| MARIANIST MISSION | 331.67 | 602.05 | 270.38 | 8 |
| MIRACLE FLIGHTS | 3,610.55 | 6,483.29 | 2,872.75 | 9 |
| MOTHERS AGAINST DRUNK DRIVING (MADD) | 267.66 | 480.03 | 212.37 | 10 |
| MULTIPLE SCLEROSIS ASSOCIATION | 71,503.57 | 129,440.99 | 57,937.42 | 11 |
| NATIONAL COALITION FOR HOMELESS VETS | 3,440.39 | 6,182.72 | 2,742.34 | 12 |
| PEOPLE AGAINST CHILD ABUSE (PACA) | 6,636.20 | 11,708.03 | 5,071.83 | 13 |
| STUDENTS AGAINST DRIVING DRUNK (SADD) | 71,937.49 | 129,117.89 | 57,180.40 | 14 |
| VANISHED CHILDREN ALLIANCE | 23,119.99 | 41,769.91 | 18,649.92 | 15 |
| TOTALS | 471,256.22 | 847,743.46 | 376,487.24 | |

The revenue deficiency for the time period of January 1, 1998 through June 1, 1998 is $376,487.24. If you have any questions concerning this review, please call either Don Klodowski at 359-7754 or Bruce Wagenhofer at 359-7934.


F. D. Klodowski
Revenue Assurance Analyst

B. W. Wagenhofer
Postal Inspector


EXHIBITS

1. Copy of computer spreadsheet for Alzeimer's (NFMR) revenue deficiency.
2. Copy of computer spreadsheet for American Cancer Society revenue deficiency.
3. Copy of computer spreadsheet for American Red Cross revenue deficiency.
4. Copy of computer spreadsheet for The Angel Planes revenue deficiency.
5. Copy of computer spreadsheet for Children's Wish Foundation revenue deficiency.
6. Copy of computer spreadsheet for Just Say No International revenue deficiency.
7. Copy of computer spreadsheet for Kidspeace revenue deficiency.
8. Copy of computer spreadsheet for Marianist Mission revenue deficiency.
9. Copy of computer spreadsheet for Miracle Flights revenue deficiency.
10. Copy of computer spreadsheet for Mothers Against Drunk Driving revenue deficiency.
11. Copy of computer spreadsheet for Multiple Sclerosis Association revenue deficiency.
12. Copy of computer spreadsheet for National Coalition for Homeless Vets revenue deficiency.