


**FINANCE**
**UNITED STATES POSTAL SERVICE**

March 17, 2000

Reese Brothers Inc.					CERTIFIED # 169 830 845
925 Penn Avenue
Pittsburgh PA 15222-3806

$3,600,068.23
Certified Z 275 347 452- 6/1/98
Certified Z 469 696 310- 8/20/98
Pittsburgh PA 15290

On January 11, 2000, the USPS announced a new direction for it's revenue assurance process. Under the new policy, revenue deficiencies will not be assessed in the future unless the customer had "prior notice" of the applicable mailing standards. It was also determined that pending assessments would be reviewed to determine whether they should be forgiven under this new policy.

Based on our review of the circumstances of your pending assessment, we have determined that the deficiency will not be forgiven. In order to determine whether a mailer had prior notice of the applicable standard, we consider whether the mailer or its agent received written or verbal rulings or training. We also consider the experience of the mailer or its agent and if they should have reasonably known that the mail was not eligible for the rates claimed. Listed below is the basis for a determination not to waive your deficiency.

1. Reese Brothers is/was a professional mailer with volumes/mailings in 1997 alone of 11,923,963 pieces and $2,001,683 in postage.

2. Reese Brothers was assessed additional postage in 1990 for mailing cooperative mailings that did not qualify for the non-profit rates. At that time Reese Brothers was made aware of the eligibility requirements for the non-profit rates of postage.

In the future, similar mailings must be entered at the rates required by postal standards. If you have questions concerning future mailings, please request a written classification decision and assistance from your local Manager, Business Mail Entry.

George J. Lippert
Manager Finance, Pittsburgh District

cc: Mike Brose, District Manager
    Ron Lincoln, Postmaster Pittsburgh
    Kathy Ainsworth, Manager Finance, Allegheny Area
    Don Klodowski, Manager Business Mail Entry
    M Susan Rape, Manager Accounting Operations
    Bruce Wagenhofer, Postal Inspector Western Allegheny Division, Pittsburgh Headquarters
    William R Gilligan Jr., Managing Counsel, Philadelphia Field Office
    Christine Taylor, Civil Practice Section
    File

1001 CALIFORNIA AVENUE, ROOM 2389
PITTSBURGH PA 15290-9995