# reesebrothers

7/6/98

F. Don Klodowski, Revenue Assurance Analyst
Pittsburgh District, USPS
1001 California Avenue, Room 2383
Pittsburgh, PA  05290-9551

Dear Mr. Klodowski:

To assist us in understanding your claim for deficiency, I have some information requests:

1. We will need an exact copy of each signed mail receipt for items on the spreadsheets detailed in the exhibits. Your spreadsheet enumerates mailings, dates, piece counts, and deficiency claims but contains no supporting documentation to validate that the information is true and correct.

For expedience, it will be adequate to take some samples at this phase. Could you please have copies prepared for:

- A--All mailings for which a deficiency is claimed for MADD during Jan, Feb, March, April of 1995.
- B--All mailings for which a deficiency is claimed for Mid West Presort.
- C--All mailings for Children's Wish for April, May, June of 1996.

2. A history of the regular and special bulk mail rates, including all relevant rates and dates that the rates were in effect.

3. An explanation of the method and all rules you used to calculate deficiencies that we could apply to obtain the same result as you obtained. Please explain each and every method and rule and variation, without exception, and provide an example from the Exhibits of the application of the method and rule.

In the meantime, could you please provide immediately an actual demonstration for how you arrived at the deficiency amount for some select lines: For example, MADD, January 17, 1995; "Alzheimer's" on 8/5/96; American Cancer on 8/26/96.

4. An electronic version of all Exhibits in the actual spreadsheet format with all underlying calculations intact, plus any relevant information (program and version used to create it). Any external or supplemental tables necessary to operate or understand the spreadsheet should also be included. This will greatly assist us in proofing and auditing. Could you send this immediately.

Sincerely,

*[signature]*