October 21, 1998

Ms. Thelma L. Arneson
Manager, Business Mail Entry
United States Postal Service
1001 California Avenue, Room 2049
Pittsburgh, PA 15290-9651

Re:  Reese Brothers Case No. 384-1233408-RY(1)

Dear Ms. Arneson:

If we succeed in our appeal from the postal deficiency assessment set forth in the above referenced case, postal counsel advises that Reese Brothers will be entitled to a full refund for any additional postage that the U.S. Postal Service required it to pay while this matter was pending.

Reese Brothers continues to incur additional postage charges, because you have instructed the postal acceptance personnel not to accept our clients' mail at the Nonprofit Standard Rate A postage. This is mail where Reese Brothers serves as agent for its clients that are authorized to mail at the Nonprofit Standard A rate.

In order to insure that Reese Brothers may obtain a full refund, I am requesting that a deposit account be established to receive the additional postage payments that Reese Brothers has paid to date or that the Postal Service may require the firm to pay in the future until this case is resolved.

Please advise me whether we need to do anything further in order to be assured that Reese Brothers may fully recover the additional postage it has paid to date if this case is resolved in its favor.

We appreciate your cooperation in this regard very much.

Sincerely,


Ralph H. Reese
Vice President


GS