MAILING STANDARDS


**UNITED STATES POSTAL SERVICE**

January 14, 2004

Charles H. Nave
601 Madison St Suite 200
Alexandria VA 22314-1756

Dear Mr. Nave:

This letter is in response to your November 13, 2003 request to reconsider our decision to affirm a revenue deficiency assessed to Reese Brothers, Inc. (RBI).

It should be noted that no further administrative appeal is provided for by postal standards in this situation. The decision of this office (formerly the office of Mail Preparation and Standards) was a final agency decision. Any decision to review such decisions is discretionary.

You have requested reconsideration on the basis that the revised cooperative mail rule is reason to reverse the March 13, 2000 decision. You have also listed, in bullet format, additional bases for overturning that decision. However, these do not appear to present new substantive arguments or arguments that could not have been submitted as part of the earlier, timely appeal in this matter.

As a procedural matter, I see no reason to re-open this matter since there is no prescribed provision for such reconsideration, particularly when the final agency decision was issued more than three years ago. In addition, your submission does not include any new factual information or argument that is persuasive reason for reversing our position. It primarily rests on the argument that "fairness" dictates such a reversal. I believe the March 13, 2000 decision was based on a correct reading of the cooperative mail provisions in effect and upon the facts in the case. As for the revision to the cooperative mail rule of November 13, 2003, it was made clear by the Postal Service the change is prospective, not retroactive.

For the above reasons, the final agency decision of March 13, 2000 is affirmed.

Although my office is not responsible for settlements of revenue deficiency assessments, I understand that the Postal Service has proposed a resolution of this matter and that this offer remains open. If you wish to pursue such a settlement, please contact our Law Department.

Sincerely,

*Sherry Freda*
Sherry Freda
Manager

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

cc: RCSC Managers

P&C:MS:HHOlsen:E670.5:728338

1735 N. LYNN STREET
ARLINGTON VA 22209-6038
WWW.USPS.COM