CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

REESE BROTHERS, INC.     Plaintiff

v.

UNITED STATES POSTAL SERVICE     Defendant

**FILED**

MAR - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER 1:06CV00434

JUDGE: Ricardo M. Urbina

DECK TYPE: Administrative Agency Rev.

DATE STAMP: 03/09/2006

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __REESE BROTHERS INC.__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __REESE BROTHERS, INC.__, which have any outstanding securities in the hands of the public. __NONE__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Charles Nave_
Signature

__484 501__
Bar Identification Number

__CHARLES NAVE__
Print Name

CHARLES H. NAVE, P.C.
1025 THIRD STREET SW
Address

__ROANOKE__      __VA__      __24016__
City          State        Zip

__540   345   8848__
Telephone Number