IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Reese Brothers, Inc.<br>PLAINTIFF<br>         v.<br>United States Postal Service<br>DEFENDANT | Case Number 1:06CV00434 – RMU |

COMMONWEALTH OF VIRGINIA   )
                            )  ss.:
CITY OF ROANOKE             )

**AFFIDAVIT OF SERVICE**

Charles H. Nave, being first duly sworn, deposes and says that he is not a party to the above-entitled action and not less than 18 years of age and that, pursuant to Fed. R. Civ. P. 4(i), on March 9, 2006 he served original process on the Defendant, United States Postal Service, by mailing, via certified mail, postage prepaid, at the United States Post Office, Potomac Station, Alexandria, Va. 22301, a copy of the summons and a copy of the complaint in a secure wrapper to the following parties at the following addresses:

> United States Attorney for the District of Columbia Kenneth Wainstein
> Judiciary Center Building
> 555 4th Street NW
> Washington, DC 20530
>
> Attorney General of the United States Alberto Gonzales
> United States Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530
>
> United States Postal Service
> Office of General Counsel
> 475 L'Enfant Plaza, SW
> Washington, DC 20260

I incurred no travel expenses and $31.20 in postage in effecting service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.


 /s/ Charles Nave          March 27, 2006
Charles H. Nave, Esq.           Date
Charles H. Nave, P.C.
1225 Third Street SW
Roanoke, VA 24016
D.C. Bar #484501
Tel: 540 345 8848
Fax: 540 345 8849
Email: charlie@nave-law.com