UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REESE BROTHERS, INC., )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES POSTAL SERVICE, )<br> )<br>      Defendant. )<br> ) | Civil Action No. 06-0434 (RMU) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

  Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of 30 days, up to and including June 14, 2006, in which to answer, move or otherwise respond to plaintiff's complaint. Defendant's reply would otherwise be due on May 15, 2006.

  Defendant seeks this enlargement because the complaint in this matter involves mailings made at the United States Postal Service ("USPS") nonprofit rate between 1993 and 1998. The USPS is in the process of seeking the records for the relevant time period. However, it requests the additional time to allow it to do so in a thorough manner.

  Pursuant to Local Rule 7(m), defendant's counsel informed plaintiff's counsel, Charles H. Nave, Esquire, that defendant would be requesting an additional thirty (30) days to respond to plaintiff's complaint. Plaintiff's counsel graciously consented to this motion. For these reasons, defendant respectfully requests that the enlargement of time to answer, move or otherwise respond to this complaint be granted.

An order granting the relief sought is attached hereto.

>Respectfully submitted,

>_____
>KENNETH L. WAINSTEIN, D.C. Bar # 451058
>United States Attorney

>_____
>RUDOLPH CONTRERAS, D.C. Bar # 434122
>Assistant United States Attorney

>_____
>MARIAN L. BORUM, D.C. Bar # 435409
>Assistant United States Attorney
>501 Third Street, N.W., Fourth Floor
>Washington, D.C.  20530
>(202) 514-6531
>Counsel for Defendant

**CERTIFICATE OF SERVICE**

     I hereby certify that on this ___ day of May, 2006, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff's counsel:

Charles H. Nave, Esquire
Charles H. Nave, P.C.
1225 Third Street, SW
Roanoke, Virginia 24016

                                                             _____
                                                             MARIAN L. BORUM
                                                             Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **REESE BROTHERS, INC.,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-0434 (RMU) |
| **UNITED STATES POSTAL SERVICE,** | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

UPON CONSIDERATION of Defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of May, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including June 14, 2006 in which to answer, move or otherwise respond to plaintiff's Complaint.

Date _____          _____
                                                                    UNITED STATES DISTRICT JUDGE