**Defendant's Exhibit No. 1**
**Reese Brothers, Inc. v. United States Postal Service,**
**Civil No. 06-0434 (RMU)**

NORTHERN VIRGINIA RATES AND CLASSIFICATION SERVICE CENTER


UNITED STATES
POSTAL SERVICE

November 9, 1999

George Miller
Nonprofit Service Group
Suite 400
1250 24th Street, N. W.
Washington, DC  20037-1124

Dear Mr. Miller:

This is in response to your letters of November 5, 1999, November 1, 1999, and October 24, 1999.

In each you raise questions which were answered in our March 1, 1999 decision. For example, in your October 24, 1999 letter you state that Mr. Bohall, in a meeting with you, raised ancillary issues, one of which was the apparent non-existence of additional entry authorizations for certain nonprofit organizations for which your client entered mailings which were the subject of the decision.

Each and every instance where the Postal Service record regarding nonprofit authorizations did not disclose an existing original or additional entry authorization at the post office of entry, that is, Pittsburgh, PA, for a Reese Brothers client is indicated in Attachment A. This is neither a new nor an ancillary issue. Either an authorization existed at the time of mailing, or it did not.

In your November 1, 1999 letter you ask for copies of postage statements your client submitted in support of various mailings.

Although we fully expect to conduct a detailed final audit of all of the postage statements at the conclusion of this process, you should be reminded that the Domestic Mail Manual (DMM) currently provides for duplicate or "receipt" copies of postage statements as follows: DMM P012.4.2 Documentation - Completing Postage Statements - "The postage statement must be completed in ink, by typewriter, or computer printer (in duplicate if the mailer wants a receipted copy) and signed by the mailer......". Although the location of this rule has changed through the years, it is very much the same now as it has been for many decades.

You also ask a question concerning Note 1. This item states:

> "Note 1. The piece counts for numerous mailing statements were not added. However, the piece counts for each are included in the detail data. The estimated total volume is based on an average postage payment per piece divided into the total postage payment made. If changes are required, they will be made postage statement by postage statement."

You will find that in the detail analysis for the many thousands of mailings, all of the revenue deficiencies were computed individually by multiplying the number of pieces shown on the statement against the applicable regular standard mail rate of postage. This process was identical to that used by your client at the time of mailing with the exception of the choice of rate of postage.. Summary totals by Reese Brothers client were prepared only for the revenue deficiencies. Summary totals were not all prepared for the mailpiece counts. In no case was an estimated piece count used to compute an estimated postage deficiency. The piece counts shown annotated by NOTE 1 are derivative of the process and are used for illustrative purposes only. You may replicate the results by running a tally for each client. If your results differ substantially from ours, please let us know and we will supplement our record.

5904 RICHMOND HIGHWAY
ALEXANDRIA VA 22303-2736
703 329 3660
FAX: 703 329 3662

- 2 -

The questions you raise in your November 5, 1999 letter concern mailings where our record indicates that postage was paid at the nonprofit rate. Again, you may have evidence, e.g. a mailpiece, indicating something different and we will be happy to consider it. Please provide us an original mailpiece and we will supplement our record. In fact, if you would care to provide us with a sample piece for each and every mailing made which is the subject of the March 1, 1999 decision, we will be more than happy to review it, and our records, to determine what postage rate may have been most appropriate.

Please submit any additional evidence in this case that you believe should be considered through this office, Northern Virginia Rates & Classification Service Center, to the Mail Preparation and Standards manager, USPS Headquarters, 475 L'Enfant Plaza, S.W., Washington, D.C. 20260.

Sincerely


Scott Hamel
Manager

CC: Finance Manager, Pittsburgh, PA
    MBME Pittsburgh, PA
    All RCSCs
    Manager, BMA
    Manager, MPS