UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **REESE BROTHERS, INC.,** )<br>　　　　　　　　　**Plaintiff,** )<br>　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>**UNITED STATES POSTAL SERVICE,** )<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　**Defendant.** )<br>　　　　　　　　　　　　　　　) | Civil Action No. 06-0434 (RMU) |

## MOTION FOR EXTENSION OF TIME TO FILE COUNTERCLAIM

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of 14 days, up to and including June 28, 2006, in which to file a counterclaim in this action. Defendant's counterclaim would otherwise be due on June 14, 2006.

Defendant seeks this enlargement because the United States is considering and seeking authority to file a counterclaim.  The additional time is need to permit review and authorization by the appropriate parties.  Defendant is aware of the Court's requirement that Motions for Extension of Time are to be "filed at least four business days prior to the deadline the motion is seeking to extend," *Standing Order for Civil Cases* p. 3, however, defendant has timely filed its Answer to Plaintiff's Complaint.  Further, because additional authorization is required in order to file this Counterclaim, the additional delay was unavoidable.

Pursuant to Local Rule 7(m), defendant's counsel attempted to contact plaintiff's counsel, Charles H. Nave, Esquire, to ascertain his position on this motion.  Defendant's counsel was unable to reach Mr. Nave.

For these reasons, defendant respectfully requests that the enlargement of time to file a counterclaim be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of June, 2006, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff's counsel:

Charles H. Nave, Esquire
Charles H. Nave, P.C.
1225 Third Street, SW
Roanoke, Virginia 24016

_____
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REESE BROTHERS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0434 (RMU) |
| ) | |
| **UNITED STATES POSTAL SERVICE,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Extension of Time to File Counterclaim, the merits thereof, and for good cause shown, it is this ____ day of June, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including June 28, 2006 in which to file the Counterclaim.


Date _____         _____
                                    UNITED STATES DISTRICT JUDGE