**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **REESE BROTHERS, INC.,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-0434 (RMU)** |
| ) | |
| **UNITED STATES POSTAL SERVICE,** ) | |
| ) | |
| **Defendant.** ) | |

**ERRATA**

Defendant respectfully files the attached Exhibit, a corrected Motion for Extension of Time to File Counterclaim. This Exhibit is a being filed because the previously filed Motion for Extension of Time to File Counterclaim, Docket Entry Number 9, did not indicate that it was the defendant's first such motion or that the motion would have no effect on any deadlines in the matter. Defendant regrets any inconvenience caused to the Court or plaintiff for the filing of this Errata.

Respectfully submitted,


/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June 2006, I caused the foregoing to be served by

first class mail, postage prepaid, to plaintiff's counsel:


Charles H. Nave, Esquire
Charles H. Nave, P.C.
1225 Third Street, SW
Roanoke, Virginia 24016


/s/
MARIAN L. BORUM
Assistant United States Attorney