# GEOFFREY W. PETERS, P.C.
## Attorney at Law

9112 Tetterton Avenue
Vienna, VA 22182
703-938-1809 *Tel.*
703-938-2207 *Fax*
703-909-4426 *Mobile*
gpeters@gpeters.net



**Geoffrey W. Peters, Esq.**
*Admitted in Virginia, Colorado*
*Nebraska, Minnesota*
**Charles H. Nave, Esq.**
*Of Counsel*
*Admitted in Virginia*

February 26, 2004

Jeff Zelkowitz, Esq.
Attorney at Law
U.S. Postal Service
Law Department
475 L'Enfant Plaza W., S.W.
Room 6602
Washington, DC 20260-1146

VIA FIRST CLASS MAIL

Re: Draft Complaint for <u>Reese Brothers, Inc v. USPS</u>

Dear Mr. Zelkowitz,

Pursuant to our conversation last week, I am sending you a copy of draft complaint we have prepared on behalf of our client Reese Brothers, Inc. We expect to file this in the United States District Court for the District of Columbia in about three weeks time.

If you would like to discuss settling this matter before formal litigation begins, I can be reached at 703 938 1809 or on my cell phone at 703-909-4426.

My client's position regarding settlement on the terms previously offered has not changed.

Sincerely,
Geoffrey W. Peters, P.C.
By:

*[signature: Geoffrey W Peters]*

Geoffrey W. Peters, Esq.