UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **REESE BROTHERS, INC.,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0434 (RMU) |
| | ) | |
| **UNITED STATES POSTAL SERVICE,** | ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF EXHIBITS ONE, TWO AND THREE
TO COUNTERCLAIM AND THIRD-PARTY COMPLAINT**

Defendant respectfully files the attached Exhibits, DAC Exhibit 1 (Postal Service Manual §134.57 (1 page)); DAC Exhibit 2 (Domestic Mail Manual § E670 (10 pages)); and DAC Exhibit 3 (Customer Support Ruling PS-209 (2 pages)). These exhibits are referenced in the Counterclaim, Docket Entry 14, and Third-Party Complaint, Docket Entry 15. However, they inadvertently were not attached to the filing. Defendant regrets any inconvenience caused to the Court or plaintiff for the filing of this Errata.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June 2006, I caused the foregoing to be served as follows:

| | |
|---|---|
| by certified mail upon- | Reese Teleservices, Inc.<br>925 Penn Avenue<br>Pittsburgh, Pennsylvania 15222 |
| by certified mail upon- | TRG Holdings, LLC<br>1700 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006 |
| by the Court's ECF e-mail system- | Charles H. Nave, Esquire<br>Charles H. Nave, P.C.<br>1225 Third Street, SW<br>Roanoke, Virginia 24016 |

/s/
MARIAN L. BORUM
Assistant United States Attorney