**Defendant's Exhibit No. 3**
**Reese Brothers, Inc. v. United States Postal Service,**
**Civil No. 06-0434 (RMU)**

Customer Support Ruling
Business Mail Acceptance
Headquarters, US Postal Service
Washington DC 20260-6808

Cooperative Mailings

PS-209 (E670.5)    *UPDATED* October 1996

The term "Cooperative Mailing" refers to mailings made at the Nonprofit Standard Mail rates in which one or more parties "cooperate" with the authorized nonprofit organization. Domestic Mail Manual (DMM) E670.5.3, sets forth the applicable rules concerning cooperative mailings.

DMM E670.5.1 states an organization, authorized to mail at the Nonprofit Standard Mail rates, may mail only its own matter at those rates. An organization may not delegate or lend the use of its authorization to mail at the Nonprofit Standard Mail rates to any other person or organization.

DMM E670.5.3 states cooperative mailings may be made at the Nonprofit Standard Mail rates only when each of the cooperating organizations is individually authorized to mail at the Nonprofit Standard Mail rates at the post office where the mailing is deposited. Cooperative mailings made in behalf of or produced for any organization not itself authorized to mail at the Nonprofit Standard Mail rates, must be paid at the applicable regular rate.

Under these rules, the mailing must be owned by the authorized nonprofit entity at the time of mailing in order to be mailed at the special rates. A cooperative mailing may be considered proper if the authorized organization uses a for-profit entity (or other unauthorized entity) as an agent.

The mailer must be able to show, however, that the relationship is a legitimate principal/agent relationship in order to use the Nonprofit Standard Mail rates. Mailings may not be sent at the Nonprofit Standard Mail rates if made in conjunction with or in support of a venture of an unauthorized entity or a joint venture between authorized and unauthorized entities even if it is claimed that the mail matter itself is "owned" by the authorized entity.

An examination of the mailing piece is not sufficient for a determination that the cooperative mailing is not acceptable at the Nonprofit Standard Mail rate. Instead, it is necessary to determine the relationship between all of the participating entities. This requires a review of all contracts executed by the parties, as well as other documents which may demonstrate its relationship between them. Provisions in these documents showing that the parties are not engaged in a joint venture or that the unauthorized party is the agent of the authorized nonprofit entity are relevant, but are not determinative evidence of the relationship between the parties.

Factors that may be considered in determining whether a mailing is cooperative include the following:

- The identity of the party that devised, designed, prepared, and paid for the mailpiece;
- The identity of the party which directly or indirectly paid the postage on the mailing;
- How the unauthorized parties are compensated;
- How the profits and revenues from the enterprise supported by the mailing are divided;
- What risks are entailed in the enterprise supported by the mailing, and whether the parties share the risk;

2

(PS-209)

- How managerial decisions are made concerning the content of the mailings or the enterprise it supports, and who makes those decisions;
- The contribution each participant makes toward the enterprise supported by the mailing (e.g., money, service, managerial decision making, etc.);
- The intent and interests of the participants; and,
- Any other evidence that may be relevant to the standards discussed above.

When a nonprofit and for-profit organization enter into a joint business venture, the joint business venture is not entitled to mail at the Nonprofit Standard Mail rates. Typically both parties put something in (a list of names and use of Nonprofit Standard Mail rate authorization for the nonprofit party, and payment of printing and mailing costs by the for-profit organization) and both parties take something out (a share of the proceeds/profits). We have seen several variations on this theme. As one example, a college mails a brochure prepared by a book company, at Nonprofit Standard Mail rates, and the college receives a kick back "commission" on each book sold as a result of the mailing. Such mailings are not be acceptable at the Nonprofit Standard Mail rates.

Anita J. Bizzotto
Manager