# IN THE UNITED STATES DISTICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
|
Reese Brothers, Inc.                    |
     PLAINTIFF,              |
                         |
      v.                      |    Civil Action No. 06-CV-00434 (RMU)
                         |
United States Postal Service     |
     DEFENDANT.       |
_____
|

### PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME
### TO FILE ANSWER TO COUNTERCLAIM

COMES NOW the Plaintiff, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and paragraph 5 of the Standing Order for Civil Cases entered in this case (Docket #11, hereinafter "Standing Order") and for good cause shown, hereby respectfully moves for an enlargement of time of ten days, up to and including July 27, 2006, in which to file an Answer to the Counterclaim filed by Defendant.  Said Answer would otherwise be due on July 17, 2006.

Defendant's counsel has consented to this motion.

Plaintiff's counsel seeks this enlargement of time because of a recent death in his family which has obligated him to travel to a funeral in New York and attend to various family matters. As a solo practitioner, Plaintiff's counsel is unable to delegate completing the Answer to another attorney while attending to these matters.

Plaintiff's counsel is aware of the Court's requirement, set forth in ¶5a of the Standing Order, that such motions be filed "at least four business days prior to the deadline the motion is seeking to extend."  However, this conflict arose on July 12, which was already past this deadline.

Granting this motion would have no effect on existing deadlines.  The Court has granted two motions for extension of time filed by Defendant (Minute Order entered on 5/10/06 and Order Granting the Defendant's Motion for Extension of Time entered on 6/27/06).  This is the first motion for extension of time filed by Plaintiff.

For these reasons, Plaintiff respectfully requests that the enlargement of time to file an Answer to the Counterclaim be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,


/s/_____ .
Charles H. Nave, Esq.
Charles H. Nave, P.C.
1225 Third Street SW
Roanoke, VA 24016
D.C. Bar #484501
Tel: 540 345 8848
Fax: 540 345 8849
Email: charlie@nave-law.com
Counsel for Plaintiff

**IN THE UNITED STATES DISTICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| |
|---|
Reese Brothers, Inc. |
    PLAINTIFF, |
|
    v. |
|
United States Postal Service |
    DEFENDANT. |

Civil Action No. 06-CV-00434 (RMU)

---

## <u>ORDER</u>

UPON CONSIDERATION of Plaintiff's First Motion for Extension of Time to File Answer to Counterclaim, and for good cause shown, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that the Plaintiff shall have up to and including July 27, 2006 to file it's Answer to the Counterclaim.

_____
RICARDO M. URBINA
United States District Judge