IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REESE BROTHERS, INC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES POSTAL SERVICE, )<br>)<br>Defendant, )<br>)<br>vs. )<br>)<br>REESE TELESERVICES, INC., )<br>)<br>Third Party Defendant. ) | Civil Action No. 06-0434 (RMU) |

## **MOTION FOR ADMISSION *PRO HAC VICE***

AND NOW COMES, Charles H. Nave, Esquire, the attorney for the Plaintiff, and pursuant to Local Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia ("LCvR"), hereby moves this Honorable Court for an Order allowing Jeffrey Brian Balicki to practice before this Court *pro hac vice* in the above-captioned case on behalf of Third-Party Defendant Reese Teleservices, Inc. and in support thereof states as follows:

1. Pursuant to LCvR 7(m), Plaintiff's counsel has conferred with Defendant's counsel and Defendant's counsel has consented to this motion.

2. Jeffrey Brian Balicki is a lawyer in good standing of the Commonwealth of Pennsylvania Bar.

3. Mr. Balicki is a member of the law firm of Feldstein Grinberg Stein & McKee located at 428 Blvd. of the Allies, Pittsburgh, PA 15219, phone number 412/471-0677, fax number 412/263-6128, and e-mail address of jbalicki@fgsmlaw.com.

4.	Mr. Balicki is a member of the Commonwealth of Pennsylvania Bar and is admitted to practice before the United States District Court for the Western District of Pennsylvania (Bar No. 52936), the United States Court of Appeals for the Third Circuit, and the United States Tax Court, and the Pennsylvania state courts and Superior Court.

5.	I certify that Mr. Balicki has never been disciplined by any bar.

6.	Mr. Balicki has not been admitted *pro hac vice* in this Court within the last two years.

7.	Mr. Balicki does not have an office located in the District of Columbia nor is he a member of the District of Columbia Bar or has an application for membership pending.

WHEREFORE, it is respectfully requested that Jeffrey Brian Balicki be permitted to practice *pro hac vice* before this Honorable Court during the pendency of this action.

Respectfully submitted,

/s/                                                                                      .
Charles H. Nave, Esq.
Charles H. Nave, P.C.
1225 Third Street SW
Roanoke, VA 24016
D.C. Bar #484501
Tel: 540 345 8848
Fax: 540 345 8849
Email: charlie@nave-law.com
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REESE BROTHERS, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant, ) | Civil Action No. 06-0434 (RMU) |
| ) | |
| vs. ) | |
| ) | |
| REESE TELESERVICES, INC., ) | |
| ) | |
| Third Party Defendant. ) | |

## ORDER OF COURT

AND NOW, upon Declaration for Admission *Pro Hac Vice*, it is hereby ORDERED, ADJUDGED AND DECREED that Jeffrey Brian Balicki is admitted to practice *pro hac vice* before this District Court during the pendency of this action.

_____
RICARDO M. URBINA
United States District Judge