IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REESE BROTHERS, INC., | ) | |
| | ) | Civil Action No. 1:06-cv-0434 (RMU) |
| Plaintiff, | ) | |
| | ) | ELECTRONICALLY FILED |
| v. | ) | |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REESE TELESERVICES, INC., et al. | ) | |
| | ) | |
| Third Party Defendants. | ) | |

**STIPULATION FOR ENLARGEMENT OF TIME WITHIN WHICH
TO RESPOND TO COUNTERCLAIM AND THIRD-PARTY COMPLAINT**

AND NOW come Third Party Defendants Reese Teleservices, Inc. ("Reese

Teleservices") and The Resources Group ("TRG"), and by their counsel, Jeffrey B. Balicki,

Esquire and Feldstein Grinberg Stein & McKee, and file the following Stipulation for

Enlargement of Time Within Which to Respond to Counterclaim and Third-Party Complaint, as

follows:

1.      The within action was commenced by a filing of a Complaint by the Plaintiff,

Reese Brothers, Inc.

2.      On June 27, 2006, Defendant, the United States Postal Service filed a

Counterclaim and Third-Party Complaint against Plaintiff, Reese Brothers and Third-Party

Defendants, Reese Teleservices and TRG.

3.      Because of the scheduling of other business by counsel for Plaintiff and Third-Party Defendants, counsel believes it will be difficult to prepare a Reply to the Counterclaim and Answer to the Third-Party Complaint within the time limit permitted by the Rules.

4.      Accordingly, counsel for Plaintiff and Third-Party Defendants requests this Honorable Court to enlarge the time within which Plaintiff and Third-Party Defendants have to respond to said Counterclaim and Third-Party Complaint to August 16, 2006.

5.      Counsel for Plaintiff and Third-Party Defendants has consulted with counsel for Defendant with regard to this Stipulation and counsel for Defendant has indicated their consent to an enlargement of time.

WHEREFORE, Third-Party Defendants request this Honorable Court to enter an Order granting an enlargement of time to August 16, 2006, within which to respond to the Counterclaim and Third-Party Complaint.

Respectfully submitted,

FELDSTEIN GRINBERG STEIN & McKEE

Dated:  July 28, 2006                    By:  ___/s/ Jeffrey B. Balicki_____
                                              Jeffrey B. Balicki, Esquire
                                              PA I.D. No: 52936
                                              Counsel for Plaintiff and Third-Party
                                              Defendants
                                              428 Boulevard of the Allies
                                              Pittsburgh, PA 15219
                                              (412) 263-6071

{00360487.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REESE BROTHERS, INC.,          )
                                       )
       Plaintiff,         )
                                       )
       v.              )
                                     )
UNITED STATES POSTAL SERVICE,  )
                                     )
       Defendant,        )     Civil Action No. 06-0434 (RMU)
                                     )
       v.              )
                                     )
REESE TELESERVICES, INC., et al.  )
                                     )
   Third Party Defendants.   )

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, Defendant and

Third-Party Defendants having stipulated to an enlargement of time for Third-Party Defendants'

responsive pleading to Third-Party Complaint of Defendant United States Postal Service, it is

hereby ORDERED that Third-Party Defendants shall respond to said Third-Party Complaint on

or before August 16, 2006.

BY THE COURT:

_____

{00360487.1}

## CERTIFICATE OF SERVICE

I, Jeffrey B. Balicki, Esquire, do hereby certify that a true and correct copy of the

Stipulation for Enlargement of Time Within Which to Respond to Counterclaim and Third-Party

Complaint was electronically filed and via first class mail, postage prepaid, upon the following:

Charles H. Nave, Esquire
Charles H. Nave, P.C.
1225 Third Street, N.W.
Roanoke, VA 24016
**Counsel for Plaintiff**

Marian L. Borum, Esquire
United States Attorney's Office
Judiciary Center
555 4th Street, N.W.
Room E-4810
Washington, DC 20530
**Counsel for Defendant**

on July 28, 2006.

/s/ Jeffrey B. Balicki
Jeffrey B. Balicki

{00360487.1}