UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REESE BROTHERS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0434 (RMU) |
| UNITED STATES POSTAL SERVICE, | ) |
| Defendant, | ) |
| v. | ) |
| RESOURCES GROUP, LLC, et al., | ) |
| Third-Party Defendants | ) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION TO DISMISS THIRD-PARTY COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF**

Defendant, United States Postal Service, herein moves for leave to file the attached Consent Motion for Enlargement of Time in the above-captioned case. On March 9, 2006, Plaintiff, Reese Brothers, Inc., filed this action. On June 14, 2006, Defendant filed an Answer. On June 26, 2006, Defendant filed a Counterclaim against Reese Brothers, Inc. and a Third-Party Complaint against Reese Teleservices, Inc., and the Resources Group, LLC. On August 16, 2006, Third-Party Defendant, the Resources Group, LLC, filed a Motion to Dismiss Third-Party Complaint. Defendant requests permission to late file a Motion for an Enlargement of Time to respond to the Motion to Dismiss. Defendant has consulted with counsel for Third-Party Defendant, the Resources Group, LLC, who consents to the motion.

A proposed Order consistent with the relief requested in this Motion is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant