UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REESE BROTHERS, INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES POSTAL SERVICE,** )<br>)<br>Defendant, )<br>v. )<br>)<br>**RESOURCES GROUP, LLC, et al.,** )<br>)<br>Third-Party Defendants ) | Civil Action No. 06-0434 (RMU) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO
MOTION TO DISMISS THIRD-PARTY COMPLAINT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of thirty (30) days, up to and including September 30, 2006, in which to respond to third-party defendant, Resources Group, LLC's, Motion to Dismiss. Defendant's reply would otherwise be due on August 31, 2006.

Defendant seeks this motion because it is attempting to obtain the acquisition agreement between the third-party defendants and plaintiff, Reese Brothers, Inc. Upon information and belief, this agreement was entered into in 2002. Undersigned counsel has been informed that it will take some time to acquire the agreement. Therefore, defendant is seeking an enlargement of thirty (30) days.

Defendant is aware of the Court's requirement that Motions for Extension of Time are to be "filed at least four business days prior to the deadline the motion is seeking to extend,"

*Standing Order for Civil Cases* p. 3.  However, due to the press of undersigned counsel's schedule, she did not do so.  More specifically, undersigned counsel filed a dispositive motion on August 28, 2006, in <u>ICM Registry, LLC  v. Department of Commerce and Department of State,</u> and attended mediation session on August 29, 2006, in <u>Matthew Joseph McGrath v. Condoleeza Rice, Secretary of State, Department of State</u>.  Undersigned counsel also has a dispositive motion due on August 31, 2006 in <u>Andrew Facey v. Michael Chertoff, Secretary, Department of Homeland Security, et al.</u>, a Reply due on September 1, 2006 in <u>Jackson L McGrady v. Donald C. Winter, Secretary of the Navy, and Department of the Navy</u>; a dispositive motion due on September 5, 2006, in <u>Latchmie Toolasprashad v. Federal Bureau of Prisons</u>; and an Answer due on September 5, 2006 in <u>Kyaw Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman, Broadcasting Board of Governors</u>.

      An Initial Status Hearing is scheduled for October 31, 2006.  However, this enlargement should not have any effect on that hearing date or any other deadlines in this matter.

      Pursuant to Local Rule 7(m), undersigned counsel informed third-party defendant's counsel, Jeffrey B. Balicki, Esquire, that defendant would be requesting an additional thirty (30) days to respond to the motion to dismiss.  Plaintiff's counsel graciously consented to this motion.

      For these reasons, defendant respectfully requests that the enlargement of time to respond to third-party defendant's motion to dismiss be granted.

      An order granting the relief sought is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of August, 2006, I caused the foregoing to be served via ECF and first class mail, postage prepaid, to:

Jeffrey B. Balicki, Esq.
428 Boulevard of the Allies
Pittsburgh, PA 15219
Counsel for TRG Holdings, Inc.

Charles H. Nave, Esquire
1225 Third Street, SW
Roanoke, Virginia 24016
Counsel for Reese Brothers, Inc.

                                                          _____
                                                          MARIAN L. BORUM
                                                          Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REESE BROTHERS, INC.,          )<br>                                )<br>     Plaintiff,                 )<br>                                )<br>     v.                         )<br>                                )<br>UNITED STATES POSTAL SERVICE,   )<br>                                )<br>     Defendant,                 )<br>                                )<br>     v.                         )<br>                                )<br>RESOURCES GROUP, LLC, et al.,   )<br>                                )<br>     Third-Party Defendants     )<br>                                )  | Civil Action No. 06-0434 (RMU) |

## ORDER

UPON CONSIDERATION of Defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including September 30, 2006 in which to respond to third-party defendant's motion to dismiss.


Date _____                    _____
                                              UNITED STATES DISTRICT JUDGE