IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REESE BROTHERS, INC.,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE<br>    Defendant/<br>    Counterclaim Plaintiff,<br><br>v.<br>REESE TELESERVICES, INC., and<br>RESOURCES GROUP, LLC d/b/a<br>TGR HOLDINGS, INC.,<br>    Counterclaim Defendants. | Civil Action No. 06-CV-00434 (RMU) |

## MOTION FOR ADMISSION *PRO HAC VICE*

AND NOW COMES, Charles H. Nave, Esquire, the attorney for the Plaintiff, and pursuant to Local Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia ("LCvR"), hereby moves this Honorable Court for an Order allowing Geoffrey Wright Peters, Esq. to practice before this Court *pro hac vice* in the above-captioned case on behalf of Plaintiff REESE BROTHERS, INC. and in support thereof states as follows:

1.    Mr. Peters's firm is Geoffrey W. Peters, P.C. located at 9112 Tetterton Avenue, Vienna, Va. 22182, phone number 703 938 1809, fax number 703 938 2207, and e-mail address gpeters@gpeters.net.

2.    Mr. Peters is a member in good standing of Virginia State Bar. Additionally, he is admitted to practice before the state courts of Colorado, Nebraska, and Minnesota. He is also admitted to practice before the U.S. District Courts for the Districts of Colorado, Nebraska,

Maryland, the U.S. Court of Appeals for the Eleventh Circuit, and the Supreme Court of the United States.

      3.      I certify that Mr. Peters has never been disciplined by any bar.

      4.      Mr. Peters has not been admitted *pro hac vice* in this Court within the last two years.

      5.      Mr. Peters does not have an office located in the District of Columbia nor is he a member of the District of Columbia Bar nor does he have an application for membership pending.

      6.      Pursuant to LCvR 7(m), Plaintiff's counsel has conferred with Defendant's counsel and counsel for the Counterclaim Defendants. Each counsel has consented to this motion.

WHEREFORE, it is respectfully requested that Geoffrey Wright Peters be permitted to practice *pro hac vice* before this Honorable Court during the pendency of this action.

Respectfully submitted,


/s/                                                      .
Charles H. Nave, Esq.
Charles H. Nave, P.C.
1225 Third Street SW
Roanoke, VA 24016
D.C. Bar #484501
Tel: 540 345 8848
Fax: 540 345 8849
Email: charlie@nave-law.com
Counsel for Plaintiff REESE BROTHERS, INC.

IN THE UNITED STATES DISTCICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REESE BROTHERS, INC.,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE<br>    Defendant/<br>    Counterclaim Plaintiff,<br><br>v.<br>REESE TELESERVICES, INC., and<br>RESOURCES GROUP, LLC d/b/a<br>TGR HOLDINGS, INC.,<br>    Counterclaim Defendants. | Civil Action No. 06-CV-00434 (RMU) |

## ORDER OF COURT

AND NOW, upon Declaration for Admission *Pro Hac Vice*, it is hereby ORDERED, ADJUDGED AND DECREED that Geoffrey Wright Peters is admitted to practice *pro hac vice* before this District Court during the pendency of this action.

_____
RICARDO M. URBINA
United States District Judge