IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REESE BROTHERS, INC., <br>     Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE <br>     Defendant/ <br>     Counterclaim Plaintiff, <br><br> v. <br> REESE TELESERVICES, INC., and <br> RESOURCES GROUP, LLC d/b/a <br> TGR HOLDINGS, INC., <br>     Counterclaim Defendants. | Civil Action No. 06-CV-00434 (RMU) |

**MOTION FOR ADMISSION *PRO HAC VICE***

AND NOW COMES, Charles H. Nave, Esquire, the attorney for the Plaintiff, and pursuant to Local Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia ("LCvR"), hereby moves this Honorable Court for an Order allowing Geoffrey Wright Peters, Esq. to practice before this Court *pro hac vice* in the above-captioned case on behalf of Plaintiff REESE BROTHERS, INC. and in support thereof submits the attached declaration of Geoffrey Wright Peters, Esq. setting forth the information required by LCvR 83.2(d).

Pursuant to LCvR 7(m), Plaintiff's counsel has conferred with Defendant's counsel and counsel for the Counterclaim Defendants. Each counsel has consented to this motion.

WHEREFORE, it is respectfully requested that Geoffrey Wright Peters be admitted to practice *pro hac vice* before this Honorable Court during the pendency of this action.

Respectfully submitted,

/s/                                                                                 .
Charles H. Nave, Esq.
Charles H. Nave, P.C.
1225 Third Street SW
Roanoke, VA 24016
D.C. Bar #484501
Tel: 540 345 8848
Fax: 540 345 8849
Email: charlie@nave-law.com
Counsel for Plaintiff REESE BROTHERS, INC.

IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REESE BROTHERS, INC.,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE<br>    Defendant/<br>    Counterclaim Plaintiff,<br><br>v.<br>REESE TELESERVICES, INC., and<br>RESOURCES GROUP, LLC d/b/a<br>TGR HOLDINGS, INC.,<br>    Counterclaim Defendants. | Civil Action No. 06-CV-00434 (RMU) |

**DECLARATION OF GEOFFREY WRIGHT PETERS, ESQ.**

I, Geoffrey W. Peters, Esq., pursuant to Local Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia ("LCvR"), hereby declare the following:

1. My full name is Geoffrey Wright Peters, Esq.

2. My firm is Geoffrey W. Peters, P.C. located at 9112 Tetterton Avenue, Vienna, Va. 22182, phone number 703 938 1809, fax number 703 938 2207, and e-mail address gpeters@gpeters.net.

3. I am a member in good standing of Virginia State Bar. Additionally, I am admitted to practice before the state courts of Colorado, Nebraska, and Minnesota. I am also admitted to practice before the U.S. District Courts for the Districts of Colorado, Nebraska, Maryland, the U.S. Court of Appeals for the Eleventh Circuit, and the Supreme Court of the United States.

4.      I have never been disciplined by any bar except for a public reprimand I received in 1988 from the Supreme Court of Minnesota for conduct which allegedly occurred in 1982 and 1983. The conduct did not involve an attorney-client relationship or violation of standards relating to the practice of law, but rather involved my role as Dean of a law school. See In re. Peters, 428 N.W.2d 375 (Minn. 1988). The circumstances leading to this are more fully described in Oliphan, *Up From These Ashes* … 16 WILLIAM MITCHELL LAW REVIEW 1175 (1990).

5.      I have not been admitted *pro hac vice* in this Court within the last two years.

6.      I do not have an office located in the District of Columbia. I am not a member of the District of Columbia Bar nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 3, 2006.


Respectfully submitted,


/s/_____.
Geoffrey W. Peters, Esq.
Geoffrey W. Peters, P.C.
9112 Tetterton Avenue
Vienna, Va. 22182
Tel: 703 938 1809
Fax: 703 938 2207
Email: gpeters@gpeters.net
Counsel for Plaintiff REESE BROTHERS, INC.

[originally signed document on file pursuant to LCvR 5.4(b)(5)]

{00361516.1}                             2

IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REESE BROTHERS, INC.,<br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE<br>  Defendant/<br>  Counterclaim Plaintiff,<br><br>  v.<br><br>REESE TELESERVICES, INC., and<br>RESOURCES GROUP, LLC d/b/a<br>TGR HOLDINGS, INC.,<br>  Counterclaim Defendants. | Civil Action No. 06-CV-00434 (RMU) |

## ORDER OF COURT

AND NOW, upon Declaration for Admission *Pro Hac Vice*, it is hereby ORDERED, ADJUDGED AND DECREED that Geoffrey Wright Peters is admitted to practice *pro hac vice* before this District Court during the pendency of this action.

_____
RICARDO M. URBINA
United States District Judge