# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| REESE BROTHERS, INC., | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-434 (RMU) |
| | : | | |
| v. | : | Document No.: | 24 |
| | : | | |
| UNITED STATES POSTAL SERVICE, | : | | |
| | : | | |
| Defendant/ | : | | |
| Counterclaim Plaintiff, | : | | |
| | : | | |
| v. | : | | |
| | : | | |
| REESE TELESERVICES, INC., and | : | | |
| RESOURCES GROUP, LLC d/b/a | : | | |
| TGR HOLDINGS, INC., | : | | |
| | : | | |
| Counterclaim Defendants. | : | | |

## <u>ORDER</u>

### DENYING THIRD-PARTY DEFENDANT REESE TELESERVICES, INC.'S MOTION TO DISMISS

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 5th day of March, 2007,

**ORDERED** that the third-party defendant's motion to dismiss is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge