IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REESE BROTHERS, INC.,**           ) <br>    Plaintiff,                                    ) <br>    Counterclaim Defendant,    ) <br>                                           ) <br>v.                                          ) <br>                                         ) <br>**UNITED STATES POSTAL SERVICE,**  ) <br>    Defendant,                           ) <br>    Counterclaim Plaintiff,      ) <br>                                         ) <br>v.                                         ) <br>                                         ) <br>**REESE TELESERVICES, INC., AND**   ) <br>**RESOURCES GROUP, LLC d/b/a**     ) <br>**TRG HOLDINGS, INC.**                ) <br>    Third-party Defendants. _____) <br>_____) | **Civil Action No. 06-0434 (RMU)** |

**NOTICE REGARDING LOCAL CIVIL RULE 16.3 REPORT,
DISCOVERY PLAN, AND PROPOSED SCHEDULING ORDER**

_____Defendant/Counterclaim Plaintiff, United States Postal Service, by and through counsel, United States Attorney's Office for the District of Columbia, respectfully provides notice to the Court that the Local Civil Rule 16.3 Report, Discovery Plan and Proposed Scheduling Order, Docket Entry No. 40, as drafted by counsel for Plaintiff/Counterclaim Defendant, Reese Brothers, Inc., is acceptable to Defendant/Counterclaim Plaintiff.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant/Counterclaim Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of May, 2008, I caused the foregoing to be served, via the Court's electronic mailing system, as follows:

Charles H. Nave,
Charles H. Nave, P.C.
333 Church Avenue, S.W.
Roanoke, Virginia 24016

Geoffrey W. Peters
9112 Tetterton Avenue
Vienna, VA 22182

Jeffrey B. Balicki
Feldstein Grinberg Stein & McKee
428 Boulevard of the Allies
Pittsburgh, PA 15219

      /s/
      MARIAN L. BORUM
      Assistant United States Attorney