CO-1509 (Rev. 1/94)

# ATTORNEY ADDRESS CORRECTION REQUEST

**UNIT REPRESENTATIVE:**
G  Add Attorney and address to system

**SYSTEMS OFFICE:**
G  Firm moved to new address        G  Verified
G  Address correction/modification  *(circled)*
G  Person Name change/correction
G  Firm Name change/correction
G  Create Flag:    G  Pro Bono    G  Pro Hac Vice
G  Other:_____

**ATTORNEY (PRO SE) FIX SPECIALIST:**
G  Pro Se moved to new address
G  Attorney moved to new address
G  Attorney has multiple addresses

**ATTORNEY ADMISSION OFFICE:**
G  Create flag:
G  Government    G  Gvt Not Certified    G  RTC Attorney
G  Attorney listed with Aprovisional• flag
G  Attorney listed with Aincomplete• flag

Case No.: 06-CV-00434 (RMU)        G  Attorney *(circled)*        G  Pro Se
Bar ID No.: 484501                 Prisoner ID No.:_____
Name: CHARLES H. NAVE

**OLD ADDRESS:**

Office: CHARLES H. NAVE, P.C.

Unit:_____

Address: 1225 THIRD STREET SW

City: ROANOKE          State: VA          Zip: 24016
Telephone: 540 345 8848

**NEW ADDRESS:**

Office: CHARLES H. NAVE, P.C.

Unit:_____

Address: 333 CHURCH AVENUE SW

City: ROANOKE          State: VA          Zip: 24016
Telephone: 540 345 8848

COMMENTS:_____

DATE:_____     Deputy Clerk:_____