IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REESE BROTHERS, INC., | ) |
| Plaintiff, | ) |
| Counterclaim Defendant, | ) |
| v. | ) |
| | ) Civil Action No. 1:06-cv-0434 (RMU) |
| UNITED STATES POSTAL SERVICE, | ) |
| Defendant, | ) |
| Counterclaim Plaintiff,, | ) |
| v. | ) |
| REESE TELESERVICES, INC., AND RESOURCES GROUP, LLC d/b/a TRG HOLDINGS, INC., | ) |
| Third Party Defendants. | |

### NOTICE REGARDING LOCAL CIVIL RULE 16.3 REPORT, DISCOVERY PLAN, AND PROPOSED SCHEDULING ORDER

Third-Party Defendants REESE TELESERVICES, INC., AND RESOURCES GROUP, LLC d/b/a TRG HOLDINGS, INC., by and through counsel, Jeffrey B. Balicki, Esquire, and Feldstein Grinberg Stein & McKee, respectfully provide notice to the Court that the Local Civil Rule 16.3 Report, Discovery Plan and Proposed Scheduling Order, Docket Entry No. 41, as drafted by counsel for Plaintiff Reese Brothers, Inc. is acceptable to Third Party Defendants.

FELDSTEIN GRINBERG STEIN & McKEE

Dated: May 15, 2008    By: _____
Jeffrey B. Balicki, Esquire
Pa. I.D. No: 52936
Attorney for Plaintiff and
Third-Party Defendants
428 Boulevard of the Allies
Pittsburgh, PA  15219
(412) 263-6071

{00395296.1}

## CERTIFICATE OF SERVICE

I, Jeffrey B. Balicki, Esquire, do hereby certify that a true and correct copy of the NOTICE REGARDING LOCAL CIVIL RULE 16.3 REPORT, DISCOVERY PLAN, AND PROPOSED SCHEDULING ORDER was electronically filed and served via first class mail, postage prepaid, upon the following:

>Charles H. Nave, Esquire
>Charles H. Nave, P.C.
>333 Church Avenue, S.W.
>Roanoke, VA  24016

>Marian L. Borum, Esquire
>Assistant United States Attorney
>501 Third Street, N.W., Fourth Floor
>Washington, D.C.  20530

>Geoffrey W. Peters
>9112 Tetteron Avenue
>Vienna, VA  22182

on May 15, 2008.

FELDSTEIN GRINBERG STEIN & McKEE

By: _____
Jeffrey B. Balicki, Esquire
Pa. I.D. No: 52936
Attorney for Plaintiff and
Third-Party Defendants
428 Boulevard of the Allies
Pittsburgh, PA 15219
(412) 263-6071

{00395296.1}