IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REESE BROTHERS, INC.,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE<br>    Defendant/<br>    Counterclaim Plaintiff,<br><br>v.<br>REESE TELESERVICES, INC., and<br>RESOURCES GROUP, LLC d/b/a<br>TRG HOLDINGS, INC.,<br>    Counterclaim Defendants. | Civil Action No. 06-CV-00434 (RMU)<br><br>**FILED**<br>MAY 1 9 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ) SCHEDULING ORDER

In order to manage this case in a manner consistent with the highest quality of justice, it is this 19 day of MAY, 2008,

**ORDERED** that:

1) All discovery be completed no later than one hundred eighty (180) days from the date of this order, PROVIDED, however, that the discovery period shall be extended by any and all periods equivalent to:

   a) The number of days beyond thirty (30) that it takes a party to serve complete responses to discovery requests made pursuant to Fed.R.Civ.P. 33, 34, or 36.;

   b) The number of days it takes to resolve any discovery dispute, counting, inclusively, from the day the dispute is first brought to the attention of the court until the day the Court makes a final dispositive ruling on said dispute; and

    c) The number of days that Plaintiff's and Defendant's counsel agree upon for any extension;

2) Proponent's Rule 26(a)(2)(B) Statement be filed sixty (60) days after discovery is completed;

3) Opponent's Rule 26(a)(2)(B) Statement be filed one hundred twenty (120) days after discovery is completed;

4) This case be set for an interim status conference at the convenience of the Court;

5) The parties file dispositive motions one hundred fifty (150) days after discovery is completed;

6) The parties file oppositions to dispositive motions thirty (30) days after said dispositive motions are filed;

7) The parties file replies to oppositions to dispositive motions twenty-one (21) days after said oppositions are filed; and it is

**ORDRED** that counsel comply with all directives set forth in this Court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**


                                      RICARDO M. URBINA
                                      United States District Judge