IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REESE BROTHERS, INC., <br><br> Plaintiff, <br> Counterclaim Defendant, <br> v. <br><br> UNITED STATES POSTAL SERVICE, <br><br> Defendant, <br> Counterclaim Plaintiff,, <br> v. <br><br> REESE TELESERVICES, INC., AND <br> RESOURCES GROUP, LLC d/b/a <br> TRG HOLDINGS, INC., <br><br> Third-Party Defendants. | Civil Action No. 1:06-cv-0434 (RMU) |

**THIRD-PARTY
DEFENDANT REESE TELESERVICES, INC.'S INITIAL DISCLOSURES
PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Third-Party Defendant REESE TELESERVICES, INC., by and through counsel, Jeffrey B. Balicki, Esquire, and Feldstein Grinberg Stein & McKee, hereby files its Initial Disclosures pursuant to Rule 26.2(a)(1) of the Federal Rules of Civil Procedure.

I. **Individuals likely to have discoverable information**

1. Barry Reese, 2653 Gloucester Drive, Pittsburgh, PA 15241, 412/835-8770. Mr. Barry Reese would have information regarding the sale of Reese Teleservices, Inc. ("RTI") to TRG Holdings, LLC and the operation of the business prior to the stock sale.

2. Ralph Reese, 330 Sampsonia Way, Pittsburgh PA 15212, 412/321-2190. Mr. Ralph Reese would have information regarding the sale of Reese Brothers, Inc.'s assets to RTI and the operation of Reese Brothers' business prior to the stock sale.

3. James Epstein, 400 Hunt Valley Road, New Kensington, PA 15068, 800/860-1555. Mr. Epstein would have information regarding the operation of Reese Brothers, Inc. prior to the sale of assets to RTI.

4. David Farr, 400 Hunt Valley Road, New Kensington, PA 15068, 800/860-1555. Mr. Farr would have information regarding the finances of RTI prior to the sale of stock to TRG Holdings, LLC.

5. Susan Burgess, 556 Lakewood Drive, Monroeville, PA 15146, 412/372-3629. Ms. Burgess would have information regarding the employees of RTI prior to the sale of stock to TRG Holdings, LLC.

6. Christopher Ungarino, 2200 Renaissance Blvd., Suite 350, King of Prussia, PA 19406, 610/757-6300. Mr. Ungarino would have information regarding customers, sales and operations of Reese Brothers, RTI and TRG Holdings, LLC.

7. Greg Rajchel, 2200 Renaissance Blvd., Suite 350, King of Prussia, PA 19406, 610/757-6300. Mr. Rajchel would have information regarding customers, sales and operations of Reese Brothers, RTI and TRG Holdings, LLC.

8. Sandra Lapietra, Gateway, Pittsburgh, 15222, phone number unpublished. Ms. Lapietra would have information regarding RTI's IT system prior to the sale of stock to TRG Holdings, LLC.

9. Other present or former employees of Reese Brothers, Inc., Reese Teleservices, Inc. or TRG Holdings, LLC who would have relevant information regarding the contracts at issue, the operation of Reese Brothers, Inc., Reese Teleservices, Inc. and TRG Holdings, LLC, and the interaction and relationships between the three companies.

## II.    Documents

The closing binders from the asset sale of Reese Brothers to RTI, and the sale of RTI's stock to TRG Holdings, LLC will be made available.

## III.    Damages

RTI does not have any cross-claim or counterclaim and is not seeking damages as a part of this action.

## IV.    Insurance Agreements

There are no insurance agreements responsive to the disclosure requirements.

FELDSTEIN GRINBERG STEIN & McKEE

Dated: June 25, 2008

By: /s/ Jeffrey B. Balicki
Jeffrey B. Balicki, Esquire
Pa. ID. No: 52936
jbalicki@fgsmlaw.com

Attorney for Third-Party Defendant Reese Teleservices, Inc.

428 Boulevard of the Allies
Pittsburgh, PA   15219
(412) 263-6071

{00397032.1}                                    3

## CERTIFICATE OF SERVICE

I, Jeffrey B. Balicki, Esquire, do hereby certify that a true and correct copy of THIRD-PARTY DEFENDANT REESE TELESERVICES, INC.'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE was electronically filed and served via first class mail, postage prepaid, upon the following:

> Charles H. Nave, Esquire
> Charles H. Nave, P.C.
> 333 Church Avenue, S.W.
> Roanoke, VA   24016

> Marian L. Borum, Esquire
> Assistant United States Attorney
> 501 Third Street, N.W., Fourth Floor
> Washington, D.C.   20530

> Geoffrey W. Peters
> 9112 Tetteron Avenue
> Vienna, VA   22182

on June 25, 2008.

FELDSTEIN GRINBERG STEIN & McKEE

By: ___/s/ Jeffrey B. Balicki___
    Jeffrey B. Balicki, Esquire
    Pa. ID. No: 52936
    jbalicki@fgsmlaw.com

    Attorney for Third-Party Defendant Reese Teleservices, Inc.

    428 Boulevard of the Allies
    Pittsburgh, PA 15219
    (412) 263-6071 telephone
    (412) 263-6129  facsimile