IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REESE BROTHERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| Counterclaim Defendant, | ) | |
| v. | ) | Civil Action No. 1:06-cv-0434 (RMU) |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant, | ) | |
| Counterclaim Plaintiff,, | ) | |
| v. | ) | |
| | ) | |
| REESE TELESERVICES, INC., AND | ) | |
| RESOURCES GROUP, LLC d/b/a | ) | |
| TRG HOLDINGS, INC., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**THIRD-PARTY DEFENDANT RESOURCES
GROUP, LLC d/b/a TRG HOLDINGS, INC.'S INITIAL DISCLOSURES
PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Third-Party Defendant RESOURCES GROUP, LLC d/b/a TRG HOLDINGS, INC., by

and through counsel, Jeffrey B. Balicki, Esquire, and Feldstein Grinberg Stein & McKee, hereby

files its Initial Disclosures pursuant to Rule 26.2(a)(1) of the Federal Rules of Civil Procedure.

I.      **Individuals likely to have discoverable information**

1.      Hasnain Aslam, 1700 Pennsylvania Ave. NW, Suite 560, Washington, D.C.

20006 202/289-9898.  Mr. Hasnain Aslam would have information regarding the sale of Reese

Teleservices, Inc. ("RTI") to TRG Holdings, LLC and the operation of TRG following the stock

sale.

2.     Christopher Ungarino, 2200 Renaissance Blvd., Suite 350, King of Prussia, PA 19406, 610/757-6300. Mr. Ungarino would have information regarding customers, sales and operations of Reese Brothers, RTI and TRG Holdings, LLC.

3.     Greg Rajchel, 2200 Renaissance Blvd., Suite 350, King of Prussia, PA 19406, 610/757-6300. Mr. Rajchel would have information regarding customers, sales and operations of Reese Brothers, RTI and TRG Holdings, LLC.

4.     Karl Gabel, 2200 Renaissance Blvd., Suite 350, King of Prussia, PA 19406, 610/757-6300. Mr. Gabel would have information regarding the finances of TRG following the sale of RTI's stock to TRG Holdings, LLC.

5.     Barry Krofcheck, 2200 Renaissance Blvd., Suite 350, King of Prussia, PA 19406, 610/757-6300. Mr. Krofcheck would have information regarding the business operations of TRG following the sale of RTI's stock to TRG Holdings, LLC.

6.     Georgetta Parisi, 2200 Renaissance Blvd., Suite 350, King of Prussia, PA 19406, 610/757-6300. Ms. Parisi would have information regarding the employees of TRG following the sale of RTI's stock to TRG Holdings, LLC.

7.     Other present or former employees of Reese Brothers, Inc., Reese Teleservices, Inc., or TRG Holdings, LLC who would have relevant information regarding the contracts at issue, the operation of TRG Holdings, LLC, Reese Brothers, Inc. and Reese Teleservices, Inc., and the interaction and relationships between the three companies.

## II.    **Documents**

The closing binder from the sale of RTI's stock to TRG Holdings, LLC, payroll records, personnel files, financial information, and customer contracts of Reese Brothers, Reese Teleservices, and TRG Holdings, LLC will be made available.

## III.    **Damages**

TRG Holdings, LLC does not have any cross-claim or counterclaim and is not seeking damages as a part of this action.

## IV.    **Insurance Agreements**

There are no insurance agreements responsive to the disclosure requirements.

FELDSTEIN GRINBERG STEIN & McKEE

Dated:  June 25, 2008

By: ___/s/ Jeffrey B. Balicki_____
        Jeffrey B. Balicki, Esquire
        Pa. ID. No: 52936
        jbalicki@fgsmlaw.com

        Attorney for Third-Party Defendant TRG
        Holdings, LLC

        428 Boulevard of the Allies
        Pittsburgh, PA   15219
        (412) 263-6071

## CERTIFICATE OF SERVICE

I, Jeffrey B. Balicki, Esquire, do hereby certify that a true and correct copy of THIRD-

PARTY DEFENDANT TRG HOLDINGS, LLC'S INITIAL DISCLOSURES

PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE was

electronically filed and served via first class mail, postage prepaid, upon the following:

Charles H. Nave, Esquire
Charles H. Nave, P.C.
333 Church Avenue, S.W.
Roanoke, VA  24016


Marian L. Borum, Esquire
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C.  20530


Geoffrey W. Peters
9112 Tetteron Avenue
Vienna, VA  22182


on June 25, 2008.

FELDSTEIN GRINBERG STEIN & McKEE


By:    /s/ Jeffrey B. Balicki
       Jeffrey B. Balicki, Esquire
       Pa. ID. No: 52936
       jbalicki@fgsmlaw.com

       Attorney for Third-Party Defendant TRG
       Holdings, LLC

       428 Boulevard of the Allies
       Pittsburgh, PA 15219
       (412) 263-6071 telephone
       (412) 263-6129  facsimile

{00397295.1}